## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| ACKEEM GRAHAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.: 4:18-cv-00549-KOB-TMP |
| | ) | |
| U.S. ATTORNEY GENERAL, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

On May 30, 2018, the magistrate judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot, due to the petitioner's May 1, 2018, removal to his native country of Trinidad and Tobago.  (Doc. 10).  No party filed objections, and the report and recommendation mailed to the petitioner has been returned by the United States Postal Service marked "Refused," "Return to Sender," and "Unable to Forward."

Having now carefully reviewed and considered *de novo* all the materials in the court file, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation.  The court finds that the writ of habeas corpus is due to be DISMISSED AS MOOT.

The court will enter a separate Final Order.

DONE and ORDERED this 25th day of June, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE